```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

ESTHER CARABALLO-RIVERA,

    **Plaintiff**,

           **v.**                     **Civil No.** 17-1019 (FAB)

F. OLAZABAL & CIA., INC.,

    **Defendant**.

**JUDGMENT**

In accordance with the Order entered today (Docket No. 6), this case is **DISMISSED without prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, May 23, 2017.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        UNITED STATES DISTRICT JUDGE